IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-CV-01418-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL SHRECK,

    Plaintiff,

v.

MARY LAWRENCE, Med. Sup., D.R.D.C. et al.,
MARY KEENAN, Dpty, D.A. Boulder County,
ANN TOMSIC, Dpty. D.A., Arapahoe County,
MIKE WARD, Parole Officer, Westminster, CO.,
JOHN DOE #1, Colorado Bureau of Investigations,
ARISTEDES ZAVARAS, Exec. Dir. Dept. Of Corrections,
JANE DOE #1, Nurse, D.R.D.C.,
JOHN DOE #2, Boulder County District Attorney,
BOULDER COUNTY, COLORADO (Monell - Claim), and
COLORADO DEPARTMENT OF CORRECTIONS (Monell - Claim),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ____ day of _____, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-01418-BNB

Michael Shreck
Doc# 177200
A.D.O.C Morey Unit
Lewis Complex
PO Box 3300
Buckeye, AZ 85326

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Prisoner Complaint** to the above-named individuals on 7/6/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk