IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01418-BNB

MICHAEL SHRECK,

    Plaintiff,

v.

MARY LAWRENCE, Med. Sup., D.R.D.C., et al.,
MARY KEENAN, Dpty. D.A., Boulder County,
ANN TOMSIC, Dpty. D.A., Arapahoe County,
MIKE WARD, Parole Officer, Westminster, CO.,
JOHN DOE #1, Colorado Bureau of Investigations,
ARISTEDES ZAVARAS, Exec. Dir. Dept. of Corrections,
JANE DOE #1, Nurse, D.R.D.C.,
JOHN DOE #2, Boulder County District Attorney,
BOULDER COUNTY, Colorado (Monell Claim), and
COLORADO DEPARTMENT OF CORRECTIONS (Monell Claim),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael Shreck, is a prisoner in the custody of the Arizona Department of Corrections who currently is incarcerated in the Morey Unit of the Lewis Complex in Buckeye, Arizona. He has filed *pro se* an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993), **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993), the Federal Tort Claims Act (FTCA), and two criminal statutes, 18 U.S.C. § 1519 (Supp. 2007), concerning the destruction, alteration, or falsification of records in federal investigations and bankruptcy, and 18 U.S.C. § 1623 (2000),

concerning false declarations before a grand jury or court. He asks for money damages and injunctive relief.

In an order filed on August 20, 2007, Magistrate Judge Craig B. Shaffer ordered Mr. Shreck to file within thirty days an amended complaint that asserts the proper jurisdiction, that sues the proper parties, that alleges each Defendant's personal participation in the asserted claims, and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The August 20 order warned Mr. Shreck that if he failed within the time allowed to file an amended complaint to the Court's satisfaction, the complaint and the action would be dismissed without further notice. On September 17, 2007, Magistrate Judge Boyd N. Boland granted Mr. Shreck a thirty-day extension of time in which to comply with the August 20 order. The September 17 minute order also warned Mr. Shreck that failure to file an amended complaint within the time allowed would result in the dismissal of the instant action without further notice. Mr. Shreck has failed within the time allowed to file an amended complaint or otherwise communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to submit an amended complaint as directed within the time allowed and for failure to prosecute.

DATED at Denver, Colorado, this __1__ day of ___Nov.___, 2007.

BY THE COURT:

ZITA L. WEINSHEINK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01418-BNB

Michael Shreck
Prisoner No. 177200
A.D.O.C Morey Unit
Lewis Complex
PO Box 3300
Buckeye, AZ 85326

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on Nov. 2 2007

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk